IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24 AM 7:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ODEAN COOPER, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2062-D/V |
| TONY PARKER, | X | |
| Respondent. | X | |

ORDER FOR RESPONDENT TO FILE RECORD AND TO RESPOND

Petitioner Odean Cooper, Tennessee Department of Correction prisoner number 144027, an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2254 on January 24, 2005, supported by portions of the state-court record. The Court issued an order on January 31, 2005 directing the petitioner to file an *in forma pauperis* affidavit or pay the habeas filing fee. Cooper paid the habeas filing fee on February 2, 2005.

It is ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that respondent Tony Parker file a response to the petition within twenty-three (23) days. The response shall include the complete record before the trial court, **including a transcript of the**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-24-05

**preliminary hearing**, and the complete trial and appellate court record in connection with Cooper's state petition for collateral relief.

It is further ORDERED, pursuant to Rule 4, that the Clerk shall send a copy of the petition and this order to Tony Parker and the Tennessee Attorney General and Reporter by certified mail.

IT IS SO ORDERED this _21_ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02062 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Odean Cooper
NORTHWEST CORRECTIONAL COMPLEX
144027
960 State Route 212
Tiptonville, TN 38079

Honorable Bernice Donald
US DISTRICT COURT