IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1  AM 11: 44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| ODEAN COOPER, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2062-D/V |
| TONY PARKER, | X | |
| Respondent. | X | |

ORDER DIRECTING CLERK TO SERVE DOCUMENTS ON RESPONDENT
AND
ORDER EXTENDING TIME FOR RESPONDENT TO FILE RECORD AND TO RESPOND

Petitioner Odean Cooper, Tennessee Department of Correction prisoner number 144027, an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a pro se petition pursuant to 28 U.S.C. § 2254 on January 24, 2005, supported by portions of the state-court record. The Court issued an order on January 31, 2005 directing the petitioner to file an in forma pauperis affidavit or pay the habeas filing fee. Cooper paid the habeas filing fee on February 2, 2005. The Court issued an order on October 24, 2005 that directed the respondent to file the state-court record and respond to the petition. Due to an error by the Clerk, copies of the petition and the October 24, 2005 order were not served on respondent. Accordingly, the Clerk is ORDERED,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

forthwith, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to send a copy of the petition, this order, and the October 24, 2005 order to Tony Parker and the Tennessee Attorney General and Reporter by certified mail. The respondent's time to file a response is extended to twenty-three (23) days after the date of entry of this order.

IT IS SO ORDERED this _30th_ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02062 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Odean Cooper
NORTHWEST CORRECTIONAL COMPLEX
144027
960 State Route 212
Tiptonville, TN 38079

Honorable Bernice Donald
US DISTRICT COURT