IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ODEAN COOPER, | § | |
| Petitioner, | § | |
| vs. | § | No. 05-2062-D/V |
| TOMMY MILLS, | § | |
| Respondent. | § | |

ORDER DIRECTING CLERK TO SERVE ORDER
ON RESPONDENT AND THE TENNESSEE ATTORNEY GENERAL AND REPORTER

The Court issued an order in this matter on April 10, 2008 that, <u>inter alia</u>, ordered Respondent, for the second time, to file the complete state-court record. (Docket Entry ("D.E.") 21.) An examination of the docket indicates that Respondent purports to be represented by an attorney who is believed to have left the employ of the Tennessee Attorney General and Reporter no later than August, 2007. <u>See, e.g.</u>, Motion to Withdraw as Counsel, <u>McClenton v. Parker</u>, No. 04-2932-JPM-sta (W.D. Tenn. filed Aug. 30, 2007). The attorney of record filed no motion for leave to withdraw in this case, and no attorney has filed a new notice of appearance on behalf of Respondent. In order to avoid further delay in this matter, it is ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that the

Clerk shall send a copy of the order issued on April 10, 2008 and of this order to Respondent and to the Tennessee Attorney General and Reporter by certified mail.

IT IS SO ORDERED this 22nd day of April, 2008.

s/ Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE